UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO.                            *ELECTRONICALLY FILED*

IN RE: THE ESTATE OF PAUL CONNER
BREWER, BY AND THROUGH SHAWN BAKER,
ADMINISTRATRIX AND SHAWN BAKER,
INDIVIDUALLY                            PLAINTIFFS

VS.                       NOTICE OF REMOVAL

APPALACHIAN REGIONAL HEALTHCARE, INC
AND UNKNOWN DEFENDANTS         DEFENDANTS/ THIRD
                                    PARTY PLAINTIFFS

VS.

CHRISTOPHER A. WILTCHER, M.D., AND
MOUNTAIN COMPREHENSIVE HEALTH
CORPORATION                    THIRD PARTY
                                 DEFENDANTS

* * * * *

The Third Party Defendants, Christopher A. Wiltcher, M.D., and Mountain Comprehensive Health Corporation hereby notify this Court as follows:

1.      This Notice of Removal is filed pursuant to 28 U.S.C. § 2679 for the removal for trial and disposition of Civil Action Number 09-CI-00217 captioned In Re: the Estate of Paul Conner Brewer, by and through Shawn Baker, Administratrix and Shawn Baker, Individually vs. Appalachian Regional Healthcare, Inc. and Unknown Defendants vs. Christopher A. Wiltcher, M.D and Mountain Comprehensive Health Corporation, now pending in the Perry Circuit Court, Commonwealth of Kentucky.

2.      On or about September 2, 2010, the Third Party Complaint in the above denoted state court action was filed of record . Utilizing certified mail for service of process, the clerk of

the court  issued summons for Third Party Defendants  Christopher A. Wiltcher, M.D., and L. M. Caudill, registered agent for service of process  for  Mountain Comprehensive Health Corporation.  A copy of said Third Party Complaint is attached hereto as Exhibit A.  In addition, Exhibit A contains copies of all process, pleadings and orders which have been obtained as of this date.

3.      The Third-Party Complaint alleges that Christopher A. Wiltcher, M.D. acting within the scope of his employment as a licensed physician, on or about October 6, 2004 and October 7, 2004 when he  committed certain common law torts which damaged the Plaintiffs.

4.      At all times material, the Third- Party Defendant Christopher A. Wiltcher, M.D. was acting within the scope of his employment with Mountain Comprehensive Health Corporation., a federally funded health care clinic.  Pursuant to 42 U.S.C. § 233(g), Third- Party Defendants Christopher A. Wiltcher, M.D. and  Mountain Comprehensive Health Corporation have been deemed as employees of the United States Public Health Service.

5.      The United States Congress has provided in 42 U.S.C. § 233(a) that the remedy provided in 28 U.S.C.§§ 1346(b) and 2672[1] against any person (entity) deemed to be a Public Health Service Officer or employees "for damage for personal injury . . . resulting from the performance of medical, surgical, dental or related functions, . . . while acting within the scope of his office or employment, shall be exclusive of any other action or proceeding" and shall be an action against the United States.

6.      Congress has further provided that, upon certification by the Attorney General, or his designee, that the individual federal employee (entity) acted within the scope of his

---

[1]Federal Tort Claims Act

employment, a civil action pending against the employee in a state court shall be removed without bond to the United States District Court for the district or division embracing the place in which the state court action is pending.  42 U.S.C. § 233 (c).

7.      The authority to certify scope of office or employment has been delegated to the United States Attorney for the district within which the state court action was filed. *See* 28 C.F.R. § 15.3(a) (1993).

8.      Filed with this Notice of Removal is a Certification by United States Attorney for the Eastern District of Kentucky, Kerry Harvey, that Third Party Defendants Christopher A. Wiltcher, M.D. and  Mountain Comprehensive Health Corporation were acting within the scope of their federal employment at the time of the incident giving rise to this suit.

9.      Filed with this Notice of Removal is a Declaration of Daretia M. Hawkins, senior attorney in the General Law Division, Office of the General Counsel, Department of Health and Human Services verifying that Mountain Comprehensive Health Corporation has been deemed an entity eligible for Federal Tort Claims Act malpractice coverage, under 42 U.S. C. § 233 (g), effective September 30, 1993 and this coverage has continued without interruption since that time.  At all times relevant in the complaint, Third-Party Defendant Wiltcher was an employee of  Mountain Comprehensive Health Corporation.

10.     This action must accordingly be deemed to be an action against the United States for purposes of the Defendant's  state law claims, and it is therefore removed pursuant to 42 U.S.C. § 233( c).

WHEREFORE, the above-captioned action, pending in the Perry  Circuit Court , Commonwealth of Kentucky, is removed to this court and the common law tort claims set forth

in the Third-Party Complaint  are deemed an action against the United States.

Respectfully submitted,

KERRY  B. HARVEY
UNITED STATES ATTORNEY


By:     s/ Dell W. Littrell
        Dell W. Littrell
        Assistant United States Attorney
        260 West Vine Street, Suite 300
        Lexington, Kentucky  40507-1671
        Ph:  (859) 685-4863
        Email:  dell.littrell@usdoj.gov

4

CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2010 , I electronically filed the foregoing with the

clerk of the court by using the CM/ECF system and a copy of the foregoing was sent by first-

class mail  and via fascsmile:

C.V. Reynolds
112 West Court Street, STE 100
Prestonsburg, KY.  41653
Fax: 606-886-0210


Michael J. Schmitt
Porter, Schmitt, Banks & Baldwin
327 Main Street
P. O.  Drawer 1767
Paintsville, Ky. 41240-1767
Fax: 606-789-9862

Michael Lucas
Miller Kent Carter & Michael Lucas, PLLC
P. O. Box 852
Pikeville, KY. 41502
Fax: 606-433-1976



s/ Dell W. Littrell_____
Assistant United States Attorney

5